UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                **ORDER**
                                                20-CR-00554 (WFK)

         v.

JOSEPH MINER,

                            Defendant.
------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

       The Court is in receipt of Defendant Joseph Miner's request at ECF. No. 53 to modify his conditions of supervised release to permit him to spend the night of May 11, 2024 away from home and at a hotel on Long Island, New York. The Court DENIES Defendant's request.

SO ORDERED.

s/ WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: February 2, 2024
       Brooklyn, New York